1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:     (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 MIKE GELLER AND MIKE YARBROUGH    )   CASE NO.:CV10-03324
11 AS TRUSTEES OF THE INTERNATIONAL  )
   BROTHERHOOD OF ELECTRICAL         )   CASE MANAGEMENT
12 WORKERS LOCAL 302 HEALTH AND      )   CONFERENCE STATEMENT
   WELFARE AND PENSION TRUST FUNDS,  )   AND [XXXXXXXXX] ORDER
13                                   )
              Plaintiffs,            )
14                                   )   Date:   December 7, 2010
   MILLER ELECTRIC & TECHNOLOGY, INC.,)  Time:  2:00 P.M.
15 A California Corporation,          )   Place:  Courtroom 5, 4th Floor
                                      )
16            Defendant.             )
   _____   )
17

18        Plaintiff in the above-entitled action submits this Case Management Statement and

19 proposed order, and requests that the court adopt it as the Case Management Order in this case.

20 Defendants have been served. The case has settled and settlement documents are pending

21 signature from Defendant.

22                          **DESCRIPTION OF THE CASE**

23        This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

24 Funds. Plaintiffs would like to continue the case until January 11, 2011. A settlement has been

25 reached and settlement documents have been mailed to Defendant. Plaintiffs are waiting for the

26 signed documents to be returned. Therefore, Plaintiffs request that the case be continued until

27 January 11, 2011, for another Case Management Conference.

28

**Law Office of Sue**
**Campbell**
**1155 N. First St,**
**Ste. 101**
**San Jose, CA 95112**

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: November 24, 2010

/S/ _____

SUE CAMPBELL

Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to January 11, 2011, at 2:00 P.M., in Courtroom 5, 4th Floor.  Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: ___ November 30, 2010 _____                    _____

JUDGE OF THE U.S. DISTRICT COURT

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 101**
**San Jose, CA 95112**

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. CV10-03324 PVT