SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone:  (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>MILLER ELECTRIC & TECHNOLOGY, INC., A California Corporation,<br><br>Defendant.<br>_____ | CASE NO.:CV10-03324<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND XXXXXXXXXX ORDER<br><br>Date: January 11, 2010<br>Time: 2:00 P.M.<br>Place: Courtroom 5, 4th Floor |

    Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case has settled and settlement documents are pending signature from Defendant.

**DESCRIPTION OF THE CASE**

    This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until March 8, 2011. A settlement has been reached. Plaintiff mailed settlement documents to Defendants on October 22, 2010 and the documents have not been returned. Plaintiffs have attempted to contact Defendants regarding the settlement, and have been unable to get a response. If settlement documents are not returned

1  within 10 days, Plaintiffs plan to file to enter default on Defendants. Therefore, Plaintiffs request
2  that the case be continued until March 8, 2011, for another Case Management Conference.

                                    Respectfully submitted,

Dated: January 3, 2011              /S/_____
                                    SUE CAMPBELL
                                    Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to March 8, 2011, at 2:00 P.M., in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: __January 5, 2011_____     _____
                                       JUDGE OF THE U.S. DISTRICT COURT