SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>MILLER ELECTRIC & TECHNOLOGY, INC., A California Corporation,<br><br>Defendant.<br>_____ | CASE NO.:CV10-03324 PSG<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND [xxxxxxxxx] ORDER<br><br>Date:   March 15, 2011<br>Time:   2:00 P.M.<br>Place:  Courtroom 5, 4th Floor |

    Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Default has been entered, and Plaintiffs are in the process of preparing documents for a default judgment.

**DESCRIPTION OF THE CASE**

    This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until April 12, 2011. Default was entered on January 21, 2011. Plaintiffs are in the process of preparing documents for a default judgment. Plaintiffs expect to have the documents filed within the next 30 days. Therefore, Plaintiffs request that the case be continued until April 12, 2011, for another Case Management

1  Conference.

3                                              Respectfully submitted,

4  Dated: March 4, 2011                        /S/_____
                                               SUE CAMPBELL
5                                              Attorney for Plaintiff

7                                  **ORDER**

8       The Case Management Conference is hereby continued to April 12, 2011, at 2:00 P.M.,
9  in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior
10 to the Case Management Conference.

13 Dated: __March 14, 2011_____      _____
                                              JUDGE OF THE U.S. DISTRICT COURT