SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone:  (408) 277-0648
Fax:      (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>MILLER ELECTRIC & TECHNOLOGY, INC., A California Corporation,<br><br>Defendant.<br>_____ | CASE NO.:CV10-03324 PSG<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND XXXXXXXXXX ORDER<br><br>Date:  April 12, 2011<br>Time:  2:00 P.M.<br>Place:  Courtroom 5, 4th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Default has been entered, and Plaintiffs have filed the documents for a default judgment.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

///

///

///

---

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 218**
**San Jose, CA 95112**

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. CV10-03324 PVT

1 Funds. Plaintiffs would like to continue the case until the hearing on the default judgment on
2 May 24, 2011. Plaintiffs filed the documents for a default judgment on April 1, 2011. Therefore,
3 Plaintiffs request that the case be continued until May 24, 2011.

Respectfully submitted,

Dated: April 1, 2011        /S/_____
                            SUE CAMPBELL
                            Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to the hearing on the default judgment on May 24, 2011, at 2:00 P.M., in Courtroom 5, 4th Floor.

Dated: __April 11, 2011_____   _____
                                         JUDGE OF THE U.S. DISTRICT COURT

**Law Office of Sue Campbell**
**1155 N. First St, Ste. 218**
**San Jose, CA 95112**

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. CV10-03324 PVT