1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

12  MIKE GELLER AND MIKE                )   Case No.: C 10-03324 PSG
    YARBROUGH AS TRUSTEES OF THE        )
13  INTERNATIONAL BROTHERHOOD OF        )   **ORDER THAT CASE BE REASSIGNED**
    ELECTRICAL WORKERS LOCAL 302        )   **TO A DISTRICT JUDGE**
14  HEALTH AND WELFARE AND              )
    PENSION TRUST FUNDS,                )   [Re: Docket No. 17]
15                                      )
              Plaintiffs,                )
16                                      )
         v.                             )
17                                      )
    MILLER ELECTRIC & TECHNOLOGY,       )
18  INC.,                               )
                                        )
19            Defendants.                )
    _____ )
20
       On April 4, 2011, Plaintiffs filed a motion for a default judgment against Defendant Miller
21
    Electric & Technology, Inc. ("MET"). This case is assigned to a magistrate judge. Magistrate
22
    judges, however, have authority to order the entry of judgment in a case only upon consent of the
23
    parties. *See* 28 U.S.C. § 636(c)(1). Plaintiffs consented to magistrate judge jurisdiction on April 8,
24
    2011. MET, however, has filed neither a consent nor a declination. Because Plaintiffs have applied
25
    to this court for final disposition against a party who has not consented to the jurisdiction of the
26
    magistrate judge,
27
28

ORDER, *page 1*

1   IT IS HEREBY ORDERED that this case now be reassigned to a district judge.

2   Dated: May 20, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*