IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>      Plaintiff,<br><br>  v.<br><br>MILLER ELECTRIC AND TECHNOLOGY, INC,<br><br>      Defendant.<br>_____/ | No. C 10-03324 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to Magistrate Judge Grewal to be heard and considered at the convenience of his calendar. Magistrate Judge Grewal shall prepare findings and recommendation on the motion.

Dated: 9/29/2011

                                              CLAUDIA WILKEN
                                              United States District Judge

cc: MagRef, PSG