IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER and MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE PENSION TRUST,<br><br>    Plaintiffs,<br><br>   v.<br><br>MILLER ELECTRIC & TECHNOLOGY, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-3324 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge Grewal's Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that the motion for default judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 1/17/2012

                                      CLAUDIA WILKEN<br>                                      United States District Judge

cc: PSG